appeal to be filed so that the appeal can be argued on October 19, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NEMOURS TRADING CORPORATION v. ALFRED C. GAUNT.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so that the appeal can be argued on October 19, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NEMOURS TRADING CORPORATION v. ALFRED C. GAUNT.— Motion for a stay granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of GEORGE F. UNDERWOOD and Others, Respondents, for a Peremptory Writ of Mandamus Directed to JOHN P. O'BRIEN, as Corporation Counsel of the City of New York, Appellant, Commanding and Enjoining Him to Institute Proceedings to Ascertain the Compensation Due the Said GEORGE F. UNDERWOOD and Others, under and Pursuant to Chapter 1006 of the Laws of 1895, by Reason of the Closing and Discontinuance of West One Hundred and Seventy-seventh Street, between Haven Avenue and Riverside Drive, in the Borough of Manhattan, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

LUCIAN E. KINN, Appellant, v. A. B. LEACH & COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within five days from date of entry of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SENECA WIRE AND MANUFACTURING COMPANY, Appellant, v. A. B. LEACH & COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within five days from date of entry of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL STRAUSS & CO., INC., Appellant, v. AMERICAN CREDIT INDEMNITY COMPANY OF NEW YORK, Respondent, and SAMUEL STRAUSS and Another, Individually and as Copartners, etc., Impleaded, Appellants.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LIZZIE A. FRANCKE, Respondent, v. EDWARD J. FRANCKE, Appellant.— Order reversed and motion denied. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MICHAEL COHN and Another, Respondents, v. OREAN COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Dowling and Finch, JJ., dissenting.

CAROLINE M. ROBINSON, Respondent, v. HUBERT E. ROGERS and Others, Impleaded with LESLIE C. FERGUSON, Appellant.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

R. E. WATHEN & COMPANY, INC., Respondent, v. EXPORTERS WAREHOUSE COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.